UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.: 19-3100(DSD/BRT)

Bret William Smith,

      Plaintiff,

v.                                              ORDER

Hennepin County Family Court,
Judge Charlen Hatcher, Judge
Kalhteen D. Sheehy, and
Robin L. Johnson,

      Defendants.

This matter comes before the court upon the report and recommendation (R&R) of United States Magistrate Judge Becky R. Thorson dated March 24, 2020. No objections have been filed to the R&R in the time period permitted.

Based on the R&R and the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 3] is adopted in its entirety;

2. The complaint is dismissed without prejudice to the extent it seeks declaratory or injunctive relief;

3. Resolution of the complaint's remaining claims (*i.e.*, claims for monetary relief) are stayed pending resolution of the state-court case docketed as Smith v. Johnson, Case No. 27-FA-15-2363 (Minn. Dist. Ct.);

4. Plaintiff is ordered to inform this court within 30 days of the date when Case No. 27-FA-15-2363 is resolved;

     5.    The application to proceed in district court without prepaying fees or costs [ECF No. 2] and the complaint's request for the appointment of counsel are denied as moot.

     6.    This case is administratively closed.

Dated: April 21, 2020

                                         s/David S. Doty
                                         David S. Doty, Judge
                                         United States District Court